**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 30, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00165-CV

---

### FRANCISCO RODRIGUEZ, Appellant

### V.

### OVATION SERVICES, LLC, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-75436**

---

### MEMORANDUM OPINION

This is an attempted appeal from a February 9. 2024 "notice of non-suit partial dismissal" filed on February 9, 2024 by appellee Ovation Services LLC, which resulted in a partial dismissal. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory

exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

Appellant Francisco Rodriguez filed a notice of appeal on March 04, 2024 specifying that Rodriguez "wants to appeal [the] motion of non-suit partial dismissal filed." On March 15, 2024, Ovation Services filed a motion to dismiss for want of jurisdiction.

On May 1, 2024, this court sent a notice of involuntary dismissal for want of jurisdiction unless any party filed a response showing meritorious grounds for continuing the appeal on or before May 15, 2024. *See* Tex. R. App. P. 42.3(a). Rodriguez's response fails to demonstrate that this court has jurisdiction over the appeal. Accordingly, we grant Ovation Services' motion and dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Poissant.